WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-117—Claimant )

FRANK J. CORBETT RECRUITMENT ADVERTISING, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed January 8, 1974.*

FRANK J. CORBETT RECRUITMENT ADVERTISING, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-183—Claimant )

MYRNA FAYE MC QUADE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed January 8, 1974.*

MYRNA FAYE MC QUADE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.